CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC - 5 2013

JULIA C. DUDLEY, CLERK
BY: _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JERMAINE C. TALFORD,** | ) | Civil Action No. 7:13-cv-00525 |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JERRY ALLEN WOLFE,** | ) | **By:   Hon. Jackson L. Kiser** |
| **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice and the case is

**STRICKEN** from the active docket of the court.  Based upon my finding that Petitioner has not

made the requisite substantial showing of a denial of a constitutional right as required by 28

U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Petitioner.

**ENTER**: This 5th day of December, 2013.

_____
Senior United States District Judge