CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC -5 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERMAINE C. TALFORD, | ) | Civil Action No. 7:13-cv-00525 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERRY ALLEN WOLFE, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice and the case is **STRICKEN** from the active docket of the court. Based upon my finding that Petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 5th day of December, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge